No. 17–0262/AR. U.S. v. Charles Maston. CCA 20140537. Appellant's motion to file the supplement to the petition for grant out of time is granted.

No. 17–0347/AF. U.S. v. Robert L. Honea III. CCA 38905. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 2, 2017.

Tuesday, April 18, 2017

No. 17–0148/AF. U.S. v. Stephan H. Claxton. CCA 38188. Appellant's motion to unseal exhibit and identity of the confidential informant is denied.

No. 17–0148/AF. U.S. v. Stephan H. Claxton. CCA 38188. Appellee's motion to submit a supplemental joint appendix is granted.

No. 17–0192/AR. U.S. v. Jermaine C. Sampson. CCA 20140841. On consideration of Appellant's motion to amend matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), it is ordered that said motion is hereby granted.

No. 17–0356/AF. U.S. v. Devin J. Vanhise. CCA 38882. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to May 8, 2017.